| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Kevin G. McDonald, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>kmcdonald@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for M&T Bank | |
| In Re:<br>Michael Dadetto<br><br>                    Debtor | Case No: <u>19-14380 CMG</u><br><br>Chapter:<br><br>Judge: Christine M. Gravelle |

**NOTICE OF APPEARANCE**

        Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of M&T Bank.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒  All documents and pleadings of any nature.


Date:04/25/2019                                    **/s/ Kevin G. McDonald, Esquire**
                                                                Kevin G. McDonald, Esquire
                                                                Brian C. Nicholas, Esquire
                                                                **KML Law Group, P.C.**
                                                                216 Haddon Avenue, Ste. 406
                                                                Westmont, NJ 08108
                                                                (609) 250-0700 (NJ)
                                                                (215) 627-1322 (PA)
                                                                FAX: (609) 385-2214
                                                                Attorney for Movant/Applicant

*new 8/1/15*