UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Kevin G. McDonald, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
kmcdonald@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for M&T Bank

Case No: 19-14380 CMG

In Re:
Michael Dadetto

Chapter: 13

Judge: Christine M. Gravelle

Debtor

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of M&T Bank. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒  All documents and pleadings of any nature.


Date:04/25/2019

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*