Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−14380−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Dadetto
   207 Laurel Blvd
   Lanoka Harbor, NJ 08734−2425

Social Security No.:
   xxx−xx−0225

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/2/19 at 09:00 AM

to consider and act upon the following:

*26* − Motion to Approve Loan Modification with M & T Bank Filed by Daniel E. Straffi on behalf of Michael Dadetto. Objection deadline is 09/16/2019. (Attachments: # 1 Certification In Support of Motion # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (Straffi, Daniel)

Dated: 9/3/19

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court