Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 19−14380−CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Michael Dadetto  
   207 Laurel Blvd  
   Lanoka Harbor, NJ 08734−2425

Social Security No.:  
   xxx−xx−0225

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/2/19 at 09:00 AM

to consider and act upon the following:

*26* − Motion to Approve Loan Modification with M & T Bank Filed by Daniel E. Straffi on behalf of Michael Dadetto. Objection deadline is 09/16/2019. (Attachments: # 1 Certification In Support of Motion # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (Straffi, Daniel)

Dated: 9/3/19

                                              Jeanne Naughton  
                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Dadetto  
    Debtor

Case No. 19-14380-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 03, 2019  
                Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.  
db        Michael Dadetto,    207 Laurel Blvd,    Lanoka Harbor, NJ   08734-2425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
lm          E-mail/Text: camanagement@mtb.com Sep 04 2019 00:26:34     M &T Bank,   1 Mountain Plaza,    Floor 3,    Buffalo, NY  14203
                                                  TOTAL: 1

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:
               Albert   Russo    docs@russotrustee.com
               Brian E Caine     on behalf of Creditor    M&T BANK bcaine@parkermccay.com,
      BKcourtnotices@parkermccay.com
               Daniel E. Straffi     on behalf of Debtor Michael  Dadetto bkclient@straffilaw.com,
      G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
               Kevin Gordon McDonald     on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
      bkgroup@kmllawgroup.com
               U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5