Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  19−14380−CMG
                        Chapter:  13
                        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Dadetto
   207 Laurel Blvd
   Lanoka Harbor, NJ 08734−2425

Social Security No.:
   xxx−xx−0225

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       10/2/19
Time:      12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Daniel E. Straffi, Debtor's Attorney

COMMISSION OR FEES
fee: $3,290.00

EXPENSES
$40.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 5, 2019
JAN:

    Jeanne Naughton
    Clerk

```
United States Bankruptcy Court
District of New Jersey
```

In re:                                                              Case No. 19-14380-CMG
Michael Dadetto                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Sep 05, 2019
                              Form ID: 137             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.

```
db              Michael Dadetto,    207 Laurel Blvd,    Lanoka Harbor, NJ 08734-2425
518182241       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518062404       Amex,    PO Box 981537,    El Paso, TX  79998-1537
518062403       Amex,    Correspondence/Bankruptcy,    PO Box 981540,    El Paso, TX  79998-1540
518064410       Donna Plaia Dadetto,    207 Laurel Blvd,    Lanoka Harbor, NJ 08734-2425
518062409       KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
518062412      +M & T Bank Mortgage,    1 Fountain Plz,    Buffalo, NY 14203-1495
518260694      +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
518062413       New Jersey Housing and Mortgage Finance,    637 S Clinton Ave,    Trenton, NJ  08611-1811
518062414       Td Auto Finance,    PO Box 9223,    Farmington Hills, MI  48333-9223
518062415       Td Auto Finance,    Attn: Bankruptcy,    PO Box 9223,    Farmington Hills, MI  48333-9223
518177932      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:  U.S. Bank National Association,    Bankruptcy Department,
                  PO Box 5229,    Cincinnati, Ohio 45201-5229)
518062417       US Bank,    PO Box 130,    Hillsboro, OH  45133-0130
518062419       US Bankcorp,    Attn: Bankruptcy,    PO Box 5229,    Cincinnati, OH  45201-5229
518062420      ++VALLEY,    ATTN ATTN LEGAL DEPARTMENT,    1455 VALLEY ROAD,    WAYNE NJ 07470-8448
                (address filed with court:  Valley National Bank,    Attn: Legal Dept,    1455 Valley Rd,
                  Wayne, NJ  07470-2089)
518062421      +Valley National Bank,    1460 Valley Rd,    Wayne, NJ 07470-8494
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2019 01:12:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2019 01:12:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm              E-mail/Text: camanagement@mtb.com Sep 06 2019 01:12:18      M &T Bank,    1 Mountain Plaza,
                 Floor 3,    Buffalo, NY  14203
518062405       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2019 01:17:03      Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
518062406       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2019 01:17:05
                 Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT  84130-0281
518062407       E-mail/Text: camanagement@mtb.com Sep 06 2019 01:12:18      Hudson City Savings Ba,
                 80 W Century Rd,    Paramus, NJ  07652-1437
518062408       E-mail/Text: camanagement@mtb.com Sep 06 2019 01:12:18      Hudson City Savings Ba,
                 Hudson City Savings Bank,    80 W Century Rd,    Paramus, NJ  07652-1437
518062410       E-mail/Text: camanagement@mtb.com Sep 06 2019 01:12:18      M & T Bank,    1 Fountain Plz Fl 3,
                 Buffalo, NY  14203-1420
518062411       E-mail/Text: camanagement@mtb.com Sep 06 2019 01:12:18      M & T Bank,    Attn: Bankruptcy,
                 PO Box 844,    Buffalo, NY  14240-0844
518238187       E-mail/Text: camanagement@mtb.com Sep 06 2019 01:12:18      M & T Bank,    PO Box 840,
                 Buffalo, NY 14240
518237575       E-mail/Text: camanagement@mtb.com Sep 06 2019 01:12:18      M&T Bank,    Attn: Payment Processing,
                 P.O. Box 1288,    Buffalo, NY 14240
518101254      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 06 2019 01:16:43      PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +KML Law Group PC,    216 Haddon Ave,    Suite 406,    Westmont, NJ 08108-2812
518062418*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:  US Bank,    PO Box 5227,    Cincinnati, OH  45201-5227)
518062416*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:  US Bank,    PO Box 5229,    Cincinnati, OH  45201-5229)
                                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 05, 2019
                              Form ID: 137             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    M&T BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Daniel E. Straffi     on behalf of Debtor Michael   Dadetto bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5
```