UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**STRAFFI & STRAFFI**

670 Commons Way
Toms River, NJ  08755
Ph. 732-341-3800
bkclient@straffilaw.com
Attorney for Debtor(s)

---

**Order Filed on September 11, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

    Dadetto, Jr., Michael
                  Debtor(s).

Case No.: 19-14380

Adv. No.:

Hearing Date:  October 2, 2019 @ 9:00 am

Judge:  Christine M. Gravelle

## ORDER AUTHORIZING LOAN MODIFICATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through ____n/a___ is

hereby **ORDERED**.

**DATED: September 11, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Dadetto, Jr., Michael
Case No: 19-14380/CMG
_____

## ORDER AUTHORIZING LOAN MODIFICATION AGREEMENT

   **THIS MATTER** having come before the Court upon the motion of the Debtor

Authorizing Loan Modification Agreement as hereinafter set forth, and for good cause shown; it is hereby

   **ORDERED** as follows:

   1.  The debtor's application to enter into a Loan Modification is hereby approved.

   2.  That communications and/or negotiations between the Debtor and M & T Bank

regarding the Loan Modification shall not be deemed a violation of the automatic stay.

   3.  That the Order Approving Loan Modification Agreement shall be deemed

effective as of the date Debtor filed his application.

   4.  If pre-petition arrears are capitalized into the loan modification, secured creditor

shall amend its Proof of Claim within ninety (90) days of the date of this Order. Upon receipt of an

amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other

creditors in accordance with the provisions of the confirmed plan.

   5.  If post-petition arrears are capitalized into the loan modification, secured creditor

shall file an amended post-petition order within ninety (90) days of the date of this Order. Upon receipt of

an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order

to other creditors in accordance with the provisions of the confirmed plan.

   6.  Debtors shall file an amended Schedule J and Modified Plan within twenty (20)

days of this Order.

**FURTHER ORDERED** that the movant shall serve a copy of this Order on all parties in interest within 5 days of the date hereof.