UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**STRAFFI & STRAFFI**
670 Commons Way
Toms River, NJ  08755
Ph. 732-341-3800
bkclient@straffilaw.com
Attorney for Debtor(s)

---

**Order Filed on September 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

     Dadetto, Jr., Michael
               Debtor(s).

Case No.: 19-14380

Adv. No.:

Hearing Date:  October 2, 2019 @ 9:00 am

Judge:  Christine M. Gravelle

## ORDER AUTHORIZING LOAN MODIFICATION AGREEMENT

     The relief set forth on the following pages, numbered two (2) through ___n/a___ is

hereby **ORDERED**.

**DATED: September 11, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Dadetto, Jr., Michael
Case No: 19-14380/CMG

_____

## ORDER AUTHORIZING LOAN MODIFICATION AGREEMENT

**THIS MATTER** having come before the Court upon the motion of the Debtor Authorizing Loan Modification Agreement as hereinafter set forth, and for good cause shown; it is hereby

**ORDERED** as follows:

1.      The debtor's application to enter into a Loan Modification is hereby approved.

2.      That communications and/or negotiations between the Debtor and M & T Bank regarding the Loan Modification shall not be deemed a violation of the automatic stay.

3.      That the Order Approving Loan Modification Agreement shall be deemed effective as of the date Debtor filed his application.

4.      If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within ninety (90) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

5.      If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within ninety (90) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

6.      Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

**FURTHER ORDERED** that the movant shall serve a copy of this Order on all parties in interest within 5 days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-14380-CMG
Michael Dadetto                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Sep 11, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
db              Michael Dadetto,    207 Laurel Blvd,    Lanoka Harbor, NJ  08734-2425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Brian E Caine    on behalf of Creditor    M&T BANK bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Daniel E. Straffi    on behalf of Debtor Michael  Dadetto bkclient@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    M&T Bank kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 6