| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019

**Chapter 13 Case No. 19-14380 / CMG**

Michael Dadetto

Petition Filed Date: 03/04/2019
341 Hearing Date: 04/11/2019
Confirmation Date: 05/15/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/25/2019 | $600.00 | 57973420 | 05/20/2019 | $600.00 | 58714380 | 05/28/2019 | $105.00 | 58872630 |
| 07/01/2019 | $705.00 | 59768880 | 07/30/2019 | $705.00 | 60451240 | 08/29/2019 | $705.00 | 61313810 |

**Total Receipts for the Period: $3,420.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,420.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael Dadetto | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel Straffi, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,400.00 | $2,400.00 | $0.00 |
| 1 | PYOD LLC<br>»» SPRINGLEAF FINANCIAL | Unsecured Creditors | $3,221.28 | $0.00 | $3,221.28 |
| 2 | U.S. BANK NATIONAL ASSOCIATION<br>»» 2013 CADILLAC CTS | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS | Unsecured Creditors | $33,005.88 | $0.00 | $33,005.88 |
| 4 | M&T BANK<br>»» P/207 LAUREL BLVD/1ST MTG | Mortgage Arrears | $3,039.49 | $833.49 | $2,206.00 |
| 5 | M&T BANK<br>»» P/207 LAUREL BLVD/2ND MTG | Mortgage Arrears<br>No Disbursements: Filed Out of Time - NO NOTI | $0.00 | $0.00 | $0.00 |
| 0 | Daniel Straffi, Esq.<br>»» ORDER 10/3/19 | Attorney Fees | $2,343.07 | $0.00 | $2,343.07 |

**Chapter 13 Case No. 19-14380 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,420.00 | Plan Balance: | $40,673.00 ** |
| Paid to Claims: | $3,233.49 | Current Monthly Payment: | $750.00 |
| Paid to Trustee: | $186.51 | Arrearages: | $4,305.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $44,093.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.