# UNITED STATES BANKRUPTCY COURT
### District of New Jersey

In Re:  Dadetto, Michael  
        Debtor(s)

Case No. 19-14380  
Chapter  13

Judge:  Christine M. Gravelle

## NOTICE OF VOLUNTARY CONVERSION OF CASE TO CHAPTER 7

1.   The debtor, Michael Dadetto is, hereby voluntarily converts the within Chapter 13 case to a Chapter 7 case;

2.   This case has not heretofore been converted to another case under the United States Bankruptcy Code.

Date: 3/3/20

/s/ Michael Dadetto  
Michael Dadetto                                    Debtor

Date:_____

_____  
                                        Debtor