**Information to identify the case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1: | Michael Dadetto | | Social Security number or ITIN: | xxx–xx–0225 |
| | First Name   Middle Name   Last Name | | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: | | | Social Security number or ITIN: _ _ _ _ | |
| (Spouse, if filing) | First Name   Middle Name   Last Name | | EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | | Date case filed in chapter: | 13   3/4/19 |
| Case number: | 19–14380–CMG | | Date case converted to chapter: | 7   3/3/20 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael Dadetto | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 207 Laurel Blvd<br>Lanoka Harbor, NJ 08734–2425 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Contact phone 732–341–3800<br>Email:  bkclient@straffilaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John Michael McDonnell<br>John Michael McDonnell, Ch. 7 Trustee<br>115 Maple Avenue<br>Red Bank, NJ 07701 | Contact phone 732–383–7233 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| 6. | **Bankruptcy clerk's office** | 402 East State Street<br>Trenton, NJ 08608 | Hours open: 8:30 AM – 4:00 p.m.,<br>Monday – Friday (except holidays) |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676−6856 | Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Contact phone 609−858−9333<br><br>Date: 3/5/20 |
| 7. | **Meeting of creditors** | **April 13, 2020 at 09:00 AM** | Location: |
| | **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608−1507** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 6/12/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
District of New Jersey

In re:
Michael Dadetto
    Debtor

Case No. 19-14380-CMG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Mar 05, 2020
                              Form ID: 309A        Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.
```
db              Michael Dadetto,    207 Laurel Blvd,    Lanoka Harbor, NJ  08734-2425
518064410       Donna Plaia Dadetto,    207 Laurel Blvd,    Lanoka Harbor, NJ  08734-2425
518062409       KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
518062412      +M & T Bank Mortgage,    1 Fountain Plz,    Buffalo, NY  14203-1495
518260694      +M&T Bank,    PO Box 1508,    Buffalo, NY  14240-1508
518062413       New Jersey Housing and Mortgage Finance,    637 S Clinton Ave,    Trenton, NJ  08611-1811
518062420      ++VALLEY,    ATTN ATTN LEGAL DEPARTMENT,    1455 VALLEY ROAD,    WAYNE NJ 07470-8448
               (address filed with court: Valley National Bank,    Attn: Legal Dept,    1455 Valley Rd,
                 Wayne, NJ  07470-2089)
518062421      +Valley National Bank,    1460 Valley Rd,    Wayne, NJ  07470-8494
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: bkclient@straffilaw.com Mar 06 2020 01:43:43     Daniel E. Straffi,
                 Straffi & Straffi, LLC,    670 Commons Way,    Toms River, NJ  08755
tr             +EDI: BJMMCDONNELLIII.COM Mar 06 2020 05:43:00      John Michael McDonnell,
                 John Michael McDonnell, Ch. 7 Trustee,    115 Maple Avenue,    Red Bank, NJ 07701-1752
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2020 01:45:33      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2020 01:45:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
518182241       EDI: BECKLEE.COM Mar 06 2020 05:43:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518062403       EDI: AMEREXPR.COM Mar 06 2020 05:43:00      Amex,   Correspondence/Bankruptcy,    PO Box 981540,
                 El Paso, TX  79998-1540
518062404       EDI: AMEREXPR.COM Mar 06 2020 05:43:00      Amex,    PO Box 981537,    El Paso, TX  79998-1537
518062405       EDI: CAPITALONE.COM Mar 06 2020 05:43:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT  84130-0285
518062406       EDI: CAPITALONE.COM Mar 06 2020 05:43:00      Capital One Bank USA N,    PO Box 30281,
                 Salt Lake City, UT  84130-0281
518062407       E-mail/Text: camanagement@mtb.com Mar 06 2020 01:44:52      Hudson City Savings Ba,
                 80 W Century Rd,    Paramus, NJ  07652-1437
518062408       E-mail/Text: camanagement@mtb.com Mar 06 2020 01:44:52      Hudson City Savings Ba,
                 Hudson City Savings Bank,    80 W Century Rd,    Paramus, NJ  07652-1437
518062410       E-mail/Text: camanagement@mtb.com Mar 06 2020 01:44:52      M & T Bank,   1 Fountain Plz Fl 3,
                 Buffalo, NY  14203-1420
518062411       E-mail/Text: camanagement@mtb.com Mar 06 2020 01:44:52      M & T Bank,    Attn: Bankruptcy,
                 PO Box 844,    Buffalo, NY  14240-0844
518238187       E-mail/Text: camanagement@mtb.com Mar 06 2020 01:44:52      M & T Bank,    PO Box 840,
                 Buffalo, NY  14240
518237575       E-mail/Text: camanagement@mtb.com Mar 06 2020 01:44:52      M&T Bank,   Attn: Payment Processing,
                 P.O. Box 1288,    Buffalo, NY  14240
518101254      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2020 01:39:59      PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
518062415       EDI: CHRYSLER.COM Mar 06 2020 05:43:00      Td Auto Finance,    Attn: Bankruptcy,    PO Box 9223,
                 Farmington Hills, MI  48333-9223
518062414       EDI: CHRYSLER.COM Mar 06 2020 05:43:00      Td Auto Finance,    PO Box 9223,
                 Farmington Hills, MI  48333-9223
518177932       EDI: USBANKARS.COM Mar 06 2020 05:43:00      U.S. Bank National Association,
                 Bankruptcy Department,    PO Box 5229,    Cincinnati, Ohio 45201-5229
518062418       EDI: USBANKARS.COM Mar 06 2020 05:43:00      US Bank,    PO Box 5227,
                 Cincinnati, OH  45201-5227
518062416       EDI: USBANKARS.COM Mar 06 2020 05:43:00      US Bank,    PO Box 5229,
                 Cincinnati, OH  45201-5229
518062417       EDI: USBANKARS.COM Mar 06 2020 05:43:00      US Bank,    PO Box 130,    Hillsboro, OH  45133-0130
518062419       EDI: USBANKARS.COM Mar 06 2020 05:43:00      US Bankcorp,    Attn: Bankruptcy,    PO Box 5229,
                 Cincinnati, OH  45201-5229
                                                                                                TOTAL: 23
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 05, 2020
                              Form ID: 309A            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
NONE.                                                                                      TOTAL: 0
```