## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-14380 |
| DADETTO, Michael | Chapter: | 7 |
| | Judge: | CMG |

### NOTICE OF PROPOSED ABANDONMENT

_____John Michael McDonnell_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | United States Bankruptcy Court Clerk<br>Clarkson S. Fisher U.S. Courthouse<br>402 East State Street<br>Trenton, New Jersey 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle,_____ on _____May 19, 2020_____ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___3___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 207 Laurel Blvd.<br>Lanoka Harbor, NJ 08734<br><br>FMV = $127,000 |
|---|---|

| Liens on property: | |
|---|---|
| | Lien = $233,000<br><br>Minus 10% Cost of Sale |

Amount of equity claimed as exempt:  $0

Objections must be served on, and requests for additional information directed to:

Name:      John Michael McDonnell, Trustee

Address:    115 Maple Avenue, Red Bank, New Jersey 07701

Telephone No.: 732.383.7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-14380-CMG
Michael Dadetto                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Apr 14, 2020
                             Form ID: pdf905       Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
```
db          Michael Dadetto,   207 Laurel Blvd,   Lanoka Harbor, NJ 08734-2425
518182241   American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
            Malvern PA 19355-0701
518062404   Amex,   PO Box 981537,   El Paso, TX 79998-1537
518062403   Amex,   Correspondence/Bankruptcy,   PO Box 981540,   El Paso, TX 79998-1540
518064410   Donna Plaia Dadetto,   207 Laurel Blvd,   Lanoka Harbor, NJ 08734-2425
518062409   KML Law Group, PC,   216 Haddon Ave Ste 406,   Westmont, NJ 08108-2812
518062412  +M & T Bank Mortgage,   1 Fountain Plz,   Buffalo, NY 14203-1495
518260694  +M&T Bank,   PO Box 1508,   Buffalo, NY 14240-1508
518062413   New Jersey Housing and Mortgage Finance,   637 S Clinton Ave,   Trenton, NJ 08611-1811
518062414   Td Auto Finance,   PO Box 9223,   Farmington Hills, MI 48333-9223
518062415   Td Auto Finance,   Attn: Bankruptcy,   PO Box 9223,   Farmington Hills, MI 48333-9223
518177932  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court:  U.S. Bank National Association,   Bankruptcy Department,
            PO Box 5229,   Cincinnati, Ohio 45201-5229)
518062417   US Bank,   PO Box 130,   Hillsboro, OH 45133-0130
518062419   US Bankcorp,   Attn: Bankruptcy,   PO Box 5229,   Cincinnati, OH 45201-5229
518062420  ++VALLEY,   ATTN ATTN LEGAL DEPARTMENT,   1455 VALLEY ROAD,   WAYNE NJ 07470-8448
            (address filed with court:  Valley National Bank,   Attn: Legal Dept,   1455 Valley Rd,
            Wayne, NJ  07470-2089)
518062421  +Valley National Bank,   1460 Valley Rd,   Wayne, NJ 07470-8494


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Apr 15 2020 01:33:12     U.S. Attorney,   970 Broad St.,
            Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 15 2020 01:33:07     United States Trustee,
            Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
            Newark, NJ 07102-5235
lm          E-mail/Text: camanagement@mtb.com Apr 15 2020 01:32:29     M &T Bank,   1 Mountain Plaza,
            Floor 3,   Buffalo, NY 14203
518062405   E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2020 01:41:12     Capital One,
            Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
518062406   E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2020 01:43:37
            Capital One Bank USA N,   PO Box 30281,   Salt Lake City, UT 84130-0281
518062407   E-mail/Text: camanagement@mtb.com Apr 15 2020 01:32:29     Hudson City Savings Ba,
            80 W Century Rd,   Paramus, NJ 07652-1437
518062408   E-mail/Text: camanagement@mtb.com Apr 15 2020 01:32:29     Hudson City Savings Ba,
            Hudson City Savings Bank,   80 W Century Rd,   Paramus, NJ 07652-1437
518062410   E-mail/Text: camanagement@mtb.com Apr 15 2020 01:32:29     M & T Bank,   1 Fountain Plz Fl 3,
            Buffalo, NY 14203-1420
518062411   E-mail/Text: camanagement@mtb.com Apr 15 2020 01:32:29     M & T Bank,   Attn: Bankruptcy,
            PO Box 844,   Buffalo, NY 14240-0844
518238187   E-mail/Text: camanagement@mtb.com Apr 15 2020 01:32:29     M & T Bank,   PO Box 840,
            Buffalo, NY 14240
518237575   E-mail/Text: camanagement@mtb.com Apr 15 2020 01:32:29     M&T Bank,   Attn: Payment Processing,
            P.O. Box 1288,   Buffalo, NY 14240
518101254  +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 01:43:52     PYOD, LLC,
            Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
518062415   E-mail/Text: jaxbanko@td.com Apr 15 2020 01:30:56     Td Auto Finance,   Attn: Bankruptcy,
            PO Box 9223,   Farmington Hills, MI 48333-9223
518062414   E-mail/Text: jaxbanko@td.com Apr 15 2020 01:30:56     Td Auto Finance,   PO Box 9223,
            Farmington Hills, MI 48333-9223
                                                                              TOTAL: 14


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +KML Law Group PC,   216 Haddon Ave,   Suite 406,   Westmont, NJ 08108-2812
518062418* ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court:  US Bank,   PO Box 5227,   Cincinnati, OH 45201-5227)
518062416* ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court:  US Bank,   PO Box 5229,   Cincinnati, OH 45201-5229)
                                                                       TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0312-3          User: admin                Page 2 of 2                Date Rcvd: Apr 14, 2020
                              Form ID: pdf905            Total Noticed: 28

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Brian E Caine    on behalf of Creditor    M&T BANK bcaine@parkermccay.com,
          BKcourtnotices@parkermccay.com
          Daniel E. Straffi    on behalf of Debtor Michael   Dadetto bkclient@straffilaw.com,
          G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
          NJ95@ecfcbis.com,bcrowley@mchfirm.com
          John Michael McDonnell    jmcdonnell@mchfirm.com,  NJ95@ecfcbis.com,bcrowley@mchfirm.com
          Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    M&T Bank kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 8