**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Michael Dadetto |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court | District of New Jersey |
| Case number: | 19-14380-CMG |

Social Security number or ITIN   xxx-xx-0225
EIN   _ _-_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _
EIN   _ _-_ _ _ _ _ _ _

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Dadetto

6/19/20

**By the court:**   Christine M. Gravelle
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                             Case No. 19-14380-CMG
Michael Dadetto                                                    Chapter 7
         Debtor                      CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2               Date Rcvd: Jun 19, 2020
                              Form ID: 318              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2020.
db              Michael Dadetto,    207 Laurel Blvd,   Lanoka Harbor, NJ  08734-2425
518064410       Donna Plaia Dadetto,    207 Laurel Blvd,   Lanoka Harbor, NJ  08734-2425
518062409       KML Law Group, PC,    216 Haddon Ave Ste 406,   Westmont, NJ  08108-2812
518062412      +M & T Bank Mortgage,    1 Fountain Plz,   Buffalo, NY 14203-1495
518260694      +M&T Bank,   PO Box 1508,    Buffalo, NY 14240-1508
518062413       New Jersey Housing and Mortgage Finance,    637 S Clinton Ave,   Trenton, NJ  08611-1811
518062420     ++VALLEY,   ATTN ATTN LEGAL DEPARTMENT,    1455 VALLEY ROAD,   WAYNE NJ 07470-8448
               (address filed with court: Valley National Bank,    Attn: Legal Dept,   1455 Valley Rd,
                 Wayne, NJ  07470-2089)
518062421      +Valley National Bank,    1460 Valley Rd,   Wayne, NJ 07470-8494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2020 02:20:12      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2020 02:20:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm              E-mail/Text: camanagement@mtb.com Jun 20 2020 02:19:47      M &T Bank,   1 Mountain Plaza,
                 Floor 3,   Buffalo, NY  14203
518182241       EDI: BECKLEE.COM Jun 20 2020 05:18:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
518062403       EDI: AMEREXPR.COM Jun 20 2020 05:18:00      Amex,   Correspondence/Bankruptcy,   PO Box 981540,
                 El Paso, TX  79998-1540
518062404       EDI: AMEREXPR.COM Jun 20 2020 05:18:00      Amex,   PO Box 981537,   El Paso, TX  79998-1537
518062405       EDI: CAPITALONE.COM Jun 20 2020 05:18:00      Capital One,   Attn: Bankruptcy,   PO Box 30285,
                 Salt Lake City, UT  84130-0285
518062406       EDI: CAPITALONE.COM Jun 20 2020 05:18:00      Capital One Bank USA N,   PO Box 30281,
                 Salt Lake City, UT  84130-0281
518062407       E-mail/Text: camanagement@mtb.com Jun 20 2020 02:19:47      Hudson City Savings Ba,
                 80 W Century Rd,    Paramus, NJ  07652-1437
518062408       E-mail/Text: camanagement@mtb.com Jun 20 2020 02:19:47      Hudson City Savings Ba,
                 Hudson City Savings Bank,    80 W Century Rd,   Paramus, NJ  07652-1437
518062410       E-mail/Text: camanagement@mtb.com Jun 20 2020 02:19:47      M & T Bank,   1 Fountain Plz Fl 3,
                 Buffalo, NY  14203-1420
518062411       E-mail/Text: camanagement@mtb.com Jun 20 2020 02:19:47      M & T Bank,   Attn: Bankruptcy,
                 PO Box 844,    Buffalo, NY  14240-0844
518238187       E-mail/Text: camanagement@mtb.com Jun 20 2020 02:19:47      M & T Bank,   PO Box 840,
                 Buffalo, NY 14240
518237575       E-mail/Text: camanagement@mtb.com Jun 20 2020 02:19:47      M&T Bank,   Attn: Payment Processing,
                 P.O. Box 1288,    Buffalo, NY 14240
518101254      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2020 02:16:28      PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
518062415       EDI: LCITDAUTO Jun 20 2020 05:18:00      Td Auto Finance,   Attn: Bankruptcy,   PO Box 9223,
                 Farmington Hills, MI  48333-9223
518062414       EDI: LCITDAUTO Jun 20 2020 05:18:00      Td Auto Finance,   PO Box 9223,
                 Farmington Hills, MI  48333-9223
518177932       EDI: USBANKARS.COM Jun 20 2020 05:18:00      U.S. Bank National Association,
                 Bankruptcy Department,    PO Box 5229,   Cincinnati, Ohio 45201-5229
518062418       EDI: USBANKARS.COM Jun 20 2020 05:18:00      US Bank,   PO Box 5227,
                 Cincinnati, OH  45201-5227
518062416       EDI: USBANKARS.COM Jun 20 2020 05:18:00      US Bank,   PO Box 5229,
                 Cincinnati, OH  45201-5229
518062417       EDI: USBANKARS.COM Jun 20 2020 05:18:00      US Bank,   PO Box 130,   Hillsboro, OH  45133-0130
518062419       EDI: USBANKARS.COM Jun 20 2020 05:18:00      US Bankcorp,   Attn: Bankruptcy,   PO Box 5229,
                 Cincinnati, OH  45201-5229
                                                                                               TOTAL: 22

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +KML Law Group PC,   216 Haddon Ave,   Suite 406,   Westmont, NJ 08108-2812
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin               Page 2 of 2           Date Rcvd: Jun 19, 2020
                              Form ID: 318              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2020 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Brian E Caine    on behalf of Creditor    M&T BANK bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Daniel E. Straffi    on behalf of Debtor Michael    Dadetto bkclient@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          John Michael McDonnell     on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
           NJ95@ecfcbis.com,bcrowley@mchfirm.com
          John Michael McDonnell     jmcdonnell@mchfirm.com,    NJ95@ecfcbis.com,bcrowley@mchfirm.com
          Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    M&T Bank kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 8
```